JOHN B. MUZZY, as Receiver of GEORGE W. COPLEY, Respondent, *v.* ERNESTUS GULICK et al., Appellants, Impleaded with Others.

*Muzzy* v. *Gulick*, 77 App. Div. 632, affirmed.
(Argued November 17, 1903; decided January 12, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 22, 1902, affirming a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Myer Nussbaum* for appellants.

*Elon R. Brown* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, BARTLETT, HAIGHT and WERNER, JJ.; CULLEN, J., dissents on the ground that the deposition of

the grantor in supplementary proceedings was improperly admitted in evidence as against grantee. Not voting: PARKER, Ch. J., and VANN, J.